UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KORRY D. PITTS,<br><br>　　　　Plaintiff,<br>v.<br><br>EXPERIAN GROUP LIMITED,<br>t/d/b/a/ EXPERIAN<br><br>　　　　Defendant. | Civil Action No. 08-cv-01015-GLL |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties that the allegations in the above-captioned matter are hereby dismissed with prejudice pursuant to the Settlement Agreement between the plaintiff and defendant.

Date: January 7, 2009

　　　　　　　　　　　　　　　　Respectfully submitted,

/s/ Thomas M. Castello
Thomas M. Castello, PA30674
2882 Glenmore Avenue
Pittsburgh, PA 15216
412-344-7833 (phone)
412-344-7841 (fax
tcastello@aol.com

*Attorney for Plaintiff*

/s/ Kelly M. Cullen
Kelly M. Cullen, PA 205071
Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
412-394-9526
kmcullen@jonesday.com

*Attorney for Experian Information
Solutions, Inc.*

SO ORDERED, this 7 day of January, 2009.

_____